BEARD *v.* OHIO.

No. 2, Misc.    Decided October 12, 1959.

Petitioner *pro se.*.

*Mark McElroy,* Attorney General of Ohio, and *William M. Vance,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is reversed.   *Burns* v. *Ohio,* 360 U. S. 252.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.